■ SAM BERNSTEIN v. BARRY MORELL et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 5, 1960, with

notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. All proceedings under the interlocutory judgment appealed from are stayed pending the hearing and determination of the appeal. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.